■

Thomas Paul WEST; Gregory Dickens; Charles M. Hedlund; Robert W. Murray; Theodore Washington; Todd Smith, Plaintiffs–Appellants,

v.

Janice K. BREWER, Governor of Arizona; Charles L. Ryan, Director, Arizona Department of Corrections; Ernest Trujillo; Carson McWilliams, Warden, Arizona Department of Corrections–Florence; Unknown Parties, named as Does 1–50, Defendants–Appellees.

No. 11–16707.

United States Court of Appeals, Ninth Circuit.

July 18, 2011.

Dale A. Baich, Esquire, Golnoosh Farzaneh, Robin C. Konrad, Esquire, Assistant Federal Public Defenders, Federal Public Defender's Office, Phoenix, AZ, for Plaintiffs–Appellants.

Jonathan Bass, Jeffrey A. Zick, Esquire, Assistant Attorney General, Office of the Arizona Attorney General, Tucson, AZ, Kent Ernest Cattani, Chief Counsel, Arizona Attorney General's Office, Phoenix, AZ, for Defendants–Appellees.

D.C. No. 2:11–cv–01409–NVW, District of Arizona, Phoenix.

Before: SIDNEY R. THOMAS, Circuit Judge and Capital Case Coordinator.

### ORDER

Pursuant to the rules applicable to capital cases in which an execution date has been scheduled, a deadline was established by which any judge could request a vote on whether the panel's order denying the Emergency Motion for a Temporary Restraining Order should be reheard en banc. No judge requested a vote on whether to rehear the panel's decision en banc within the time period established. Therefore, the petition for rehearing en banc is denied and en banc proceedings are concluded with respect to the Emergency Motion for a Temporary Restraining Order.

The three-judge panel will issue a separate order concerning the petition for panel rehearing. Judges McKeown, Clifton, and Bea did not participate.

Statement of REINHARDT, Circuit Judge:

This is a brief explanation of why I am not calling for rehearing en banc. I consider such a call futile in light of the recent decisions of this court in *Beaty v. Brewer*, 649 F.3d 1071 (9th Cir.2011), *Cook v. Brewer*, 649 F.3d 915 (9th Cir.2011), and *Cook v. Brewer*, 637 F.3d 1002 (9th Cir. 2011), decisions I believe to be clearly erroneous, as well as the Supreme Court's decision in *Baze v. Rees*, 553 U.S. 35, 128 S.Ct. 1520, 170 L.Ed.2d 420 (2008), a case on which it would be injudicious for me to comment. Thus, while I believe that West's execution will violate the Constitution, I can play no further role in seeking to protect his constitutional rights.

■

Thomas Paul WEST; Gregory Dickens; Charles M. Hedlund; Robert W. Murray; Theodore Washington; Todd Smith, Plaintiffs–Appellants,

v.

Janice K. BREWER, Governor of Arizona; Charles L. Ryan, Director, Arizona Department of Corrections; Ernest Trujillo; Carson McWilliams,

Warden, Arizona Department of Corrections–Florence; Unknown Parties, named as Does 1–50, Defendants–Appellees.

No. 11–16707.

United States Court of Appeals, Ninth Circuit.

July 18, 2011.

Dale A. Baich, Esquire, Assistant Federal Public Defender, Golnoosh Farzaneh, Assistant Federal Public Defender, Robin C. Konrad, Esquire, Assistant Federal Public Defender, FPDAZ–Federal Public Defender's Office, Phoenix, AZ, for Plaintiffs–Appellants.

Jonathan Bass, AGAZ–Office of the Arizona Attorney General, Tucson, AZ, Kent Ernest Cattani, Chief Counsel, Jeffrey A. Zick, Esquire, Assistant Attorney General, Arizona Attorney General's Office, Phoenix, AZ, for Defendants–Appellees.

D.C. No. 2:11–cv–01409–NVW, District of Arizona, Phoenix.

Before: ANDREW J. KLEINFELD, KIM McLANE WARDLAW, and CONSUELO M. CALLAHAN, Circuit Judges.

ORDER

Appellant Thomas Paul West's petition for panel rehearing is **DENIED**.

**JERRY BEEMAN AND PHARMACY SERVICES, INC.**, doing business as Beemans Pharmacy; Anthony Hutchinson and Rocida Inc., doing business as Finleys Rexall Drug; Charles Miller, doing business as Yucaipai Valley Pharmacy; Jim Morisoli and American Surgical Pharmacy Inc., doing business as American Surgical Pharmacy; Bill Pearson and Pearson and House, on behalf of themselves and all others similarly situated and on behalf of the general public; doing business as Pearson Medical Group Pharmacy, Plaintiffs–Appellees,

v.

**ANTHEM PRESCRIPTION MANAGEMENT, LLC**; Argus Health Systems, Inc.; Benescript Services, Inc.; FFI Rx Managed Care; First Health Services Corporation; Managed Pharmacy Benefits, Inc., formerly known as Cardinal Health MPB Inc.; National Medical Health Card Systems, Inc.; Pharmacare Management Services, Inc.; Prime Therapeutics; Restat Corporation; Rx Solutions, Inc.; Tmesys, Inc.; WHP Health Initiatives, Inc.; Mede America Corp., Defendants–Appellants.

Jerry Beeman and Pharmacy Services, Inc., doing business as Beemans Pharmacy; Anthony Hutchinson and Rocida Inc., doing business as Finleys Rexall Drug; Charles Miller, doing business as Yucaipai Valley Pharmacy; Jim Morisoli and American Surgical Pharmacy Inc, doing business as American Surgical Pharmacy; Bill Pearson and Pearson and House, on behalf of themselves and all others similarly situated and on behalf of the general public; doing business as Pearson Medical Group Pharmacy, Plaintiffs–Appellees,